AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

RECEIVED
NOV - 5 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

DAVID CONLEY AND KATRIEN VAN DIJK )
)
*Plaintiff* )
)
v. ) Civil Action No. 1:10 cv 1247
FIRST TENNESSEE BANK, N.A. )
)
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  First Tennessee Bank, N.A

Serve Registered Agent:
CT Corporation System
4701 Cox Rd., Ste 301
Glen Allen, VA 23060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kristi N. Cahoon, Esq.              Leonard A. Bennett, Esq.
J. Chapman Petersen, Esq.           Consumer Litigation Associates, P.C.
Surovell Markle Isaacs & Levy, PLC  12515 Warwick Boulevard, Suite 201
4010 University Dr. 2nd Floor       Newport News, VA 23606
Fairfax, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Fernando Galindo, Clerk
CLERK OF COURT

Date: _____               _____
                                    *Signature of Clerk or Deputy Clerk*