# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

DAVID CONLEY AND KATRIEN VAN DIJK )
_____ )
*Plaintiff* )
v. ) Civil Action No. 1:10cv1247
FIRST TENNESSEE BANK, N.A. )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* First Tennessee Bank, N.A

Serve Registered Agent:
CT Corporation System
4701 Cox Rd., Ste 301
Glen Allen, VA 23060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kristi N. Cahoon, Esq.　　　　　　　　Leonard A. Bennett, Esq.
J. Chapman Petersen, Esq.　　　　　　Consumer Litigation Associates, P.C.
Surovell Markle Isaacs & Levy, PLC　　12515 Warwick Boulevard, Suite 201
4010 University Dr. 2nd Floor　　　　　Newport News, VA 23606
Fairfax, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo, Clerk
*CLERK OF COURT*

Date: November 5, 2010　　　　　　　　　　_Kathryn M. Stasko_
　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

| NAME |
|---|
| NAME AND ADDRESS |
| SAME AS FRONT |

☐ PERSONAL SERVICE

☐ Being unable to make personal service, a copy was delivered in the following manner:

☐ Delivered to person found in charge of usual place of business or employment during business hours and giving information to its purport.

☐ Delivered to family member (not temporary sojourner or guest) age 16 or order at usual place of abode of party named above giving information of its purport. List name, age of recipient and relation of recipient to party named above.

☐ Posted on the common door of usual place of abode, address listed above. (Other authorized recipient not found.)

☐ Copy mailed to judgment debtor on date below after serving the garnishee unless a different date is shown below.

☐ Evicted    ☐ Not Evicted
☒ Served on registered agent  Katie Bush

☐ Not found

☐ NO EFFECTS FOUND        DEPUTY SHERIFF

11-12-10
DATE           FOR: Sheriff Michael L. Wade
               Henrico County, Virginia

HENRICO COUNTY SHERIFF'S OFFICE RECEIPT

DATE 11/10/10
RECEIVED FROM Lowell Stell
IN MATTER OF Lowell vs Furst
DOLLARS 12
HOW PAID
CASH / CHECK ☒ / MONEY ORDER
FOR
BY [signature] HENRICO COUNTY SHERIFF'S OFFICE SIGNATURE

N° 146358

## Service Authorization

CT Corporation System is registered agent for various corporations, limited liability companies and partnerships. The following persons are designated in the office of the corporation upon whom any process, notice or demand may be served as representatives of the Corporation.

Tinika C. Baylor

Katie E. Bush

Katherine V. White

Jenn Greene

Dacia Jamison

Malina Scott

This authorization pertains to the authority of individuals to receive process on behalf of CT Corporation System and Business Filings Incorporated. It does not certify the receipt or acceptance of any specific process.

*[signature]*
Tinika C. Baylor
Corporate Operations Manager
CT Corporation System
A Wolters Kluwer Company

State of Virginia
County of Henrico

This day personally appeared before me, Tinika C. Baylor, whose name is signed above and who, being first duly sworn, upon her oath, states that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this __20th__ day of __April__, 2010

*[signature] Katherine Victoria White*
Notary Public
Katherine Victoria White



Katherine Victoria White
Notary Public
Commonwealth of Virginia
Reg. # 7069044
My Commission Expires
June 30, 2010

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: