**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| DAVID CONLEY AND KATRIEN VAN DIJK, Individually, and on behalf of all others similarly situated<br><br>   Plaintiff,<br><br>v.<br><br>FIRST TENNESSEE BANK NATIONAL ASSOCIATION<br><br>   Defendant | Civil Action No. 1:10-cv-01247-TSE-JFA |

**NOTICE OF APPEARANCE OF MATTHEW S. SHELDON**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

   PLEASE TAKE NOTICE that Matthew S. Sheldon of Goodwin Procter LLP, 901 New York Avenue, N.W., Washington, D.C. 20001 is hereby appearing as counsel of record for Defendant Countrywide First Tennessee Bank National Association in the above-captioned matter.

Dated: December 10, 2010         Respectfully submitted,

                                 /s/ Matthew S. Sheldon
                                 Matthew S. Sheldon
                                 VSB No. 73734
                                 Goodwin Procter LLP
                                 901 New York Avenue, N.W.
                                 Washington, D.C. 20001
                                 Phone: (202) 346-4000
                                 Fax: (202) 346-4444
                                 msheldon@goodwinprocter.com

                                 *Attorney for Defendant*
                                 *First Tennessee Bank National Association*

LIBA/1967513.1

2

## **CERTIFICATE OF SERVICE**

I, Matthew S. Sheldon, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 10, 2010.

/s/Matthew S. Sheldon
Matthew S. Sheldon
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 346-4000
Fax: (202) 346-4444
msheldon@goodwinprocter.com

*Attorney for Defendant*
*First Tennessee Bank National Association*