IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

|  |  |  |
|---|---|---|
| DAVID CONLEY and KATRINE VAN DIJK, | ) ) ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:10cv1247 (TSE/JFA) |
| | ) | |
| FIRST TENNESSEE BANK NATIONAL ASSOCIATION, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

## DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM PURSUANT TO FED. R. CIV. P. 12(B)(6)

Defendant First Tennessee Bank National Association, by counsel, moves to dismiss the Complaint filed against it by plaintiffs David Conley and Katrine Van Dijk for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6).  The grounds for the motion are set forth in the accompanying memorandum filed herewith.

FIRST TENNESSEE BANK NATIONAL ASSOCIATION

/s/ Matthew S. Sheldon

Thomas M. Hefferon (VA Bar # 46284)
thefferon@goodwinprocter.com
Matthew S. Sheldon (VA Bar # 73724)
msheldon@goodwinprocter.com
GOODWIN PROCTER LLP
901 New York Ave., NW
Washington, D.C. 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
*Counsel for First Tennessee Bank National Association*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:


Kristi N. Cahoon (VA Bar #72791)
kkelly@smillaw.com
J. Chapman Petersen (VA Bar # 37225)
SUROLL MARKLE ISAACS & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
*Counsel for Plaintiffs*

Leonard B. Bennett (VA Bar #37523)
lenbennett@cavtel.net
CONSUMER LITIGATION
ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 201
Newport News, Virginia 23606
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
*Counsel for Plaintiffs*



/s/ Matthew S. Sheldon

Thomas M. Hefferon (VA Bar # 46284)
thefferon@goodwinprocter.com
Matthew S. Sheldon (VA Bar # 73724)
msheldon@goodwinprocter.com
GOODWIN PROCTER LLP
901 New York Ave., NW
Washington, D.C. 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
*Counsel for First Tennessee Bank National Association*

2