# FINAL PRETRIAL CONFERENCE

CIVIL ACTION NO.  1:10cv1247        DATE:  April 21, 2011

JUDGE:  T.S. ELLIS, III             COURT REPORTER M. Rodriquez

                                    TIME:  11:32- 11:54 a.m.


David Conley, et.al.   vs.  First Tennessee Bank, N.A.


APPEARANCES: Counsel for:

( X ) PLAINTIFF  ( X ) DEFENDANT  (  ) PRO SE


(  ) Case set for trial by **JURY** on _____

(  ) Case set for trial by **COURT** on _____


NOTES:
Defendant request class settlement; Proposed Stipulation Order submitted in open court;
Plaintiff to file motion re: class settlement & certification with proposed order on 5/10/2011 by 5:00 p.m.; Hearing for argument on approved class settlement on 5/20/2011 @ 10 a.m. Deft request the court to set fairness hearing date; Parties to set own dates to be adopted by the Court.