UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**DAVID CONLEY AND KATRINE VAN DIJK,**
individually and on behalf of all similarly
situated individuals,

                **Plaintiffs,**

                                    Civil Action No.: 3:10CV1247-TSE-JFA

**FIRST TENNESSEE BANK, N.A.,**

                **Defendants.**

### NOTICE OF PLAINTIFFS' WAIVER OF ORAL ARGUMENT

Come now, David Conley and Katrien Van Dijk, the Plaintiffs individually and on behalf of all similarly situated individuals, to file their Notice of Waiver of Oral Argument regarding their Motion for Agreed Order Granting Preliminary Approval of Settlement, Certifying Classes for Purposes of Settlement, Appointing Class Counsel, Directing Notice to the Class and to Schedule a Fairness Hearing (Docket #24).

                                    Respectfully submitted,

                                    DAVID CONLEY,

                                    _____/s/_____
                                    Leonard A. Bennett, Esq.
                                    VSB #37523
                                    Attorney for Plaintiff
                                    CONSUMER LITIGATION ASSOCIATES, P.C.
                                    12515 Warwick Boulevard, Suite 100
                                    Newport News, Virginia 23606
                                    (757) 930-3660 - Telephone
                                    (757) 930-3662 – Facsimile
                                    lenbennett@cox.net

## *CERTIFICATE OF SERVICE*

      I certify that on May 13, 2011, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

Matthew Stephen Sheldon
Goodwin Procter, LLP.
901 New York Avenue, NW
9th Fl. East
Washington, DC 20001
(202) 346-2000
msheldon@goodwinprocter.com

                                                    /s/
                                      Leonard A. Bennett, Esq.
                                      VSB #37523
                                      Attorney for Plaintiff
                                      CONSUMER LITIGATION ASSOCIATES, P.C.
                                      12515 Warwick Boulevard, Suite 100
                                      Newport News, Virginia 23606
                                      (757) 930-3660 - Telephone
                                      (757) 930-3662 – Facsimile
                                      lenbennett@cox.net