IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| DAVID CONLEY, *et. als.* | ) | |
| | ) | |
|     Plaintiffs | ) | |
| v. | ) | Civil No. 1:10-cv-01247 |
| | ) | |
| FIRST TENNESSEE BANK, N.A. | ) | |
| | **)** | |
|     Defendant. | ) | |

## AMENDED NOTICE OF HEARING

Please take notice that while the parties have mutually agreed to waive oral argument on Plaintiffs' Consent Motion for Class Certification and Preliminary Approval of Settlement, they will bring this matter before the Court for a hearing on Friday, May 20, 2011, to the extent that oral argument on this Motion would assist or inform the Court in its consideration of the same.

Respectfully submitted,
**DAVID CONLEY**

_____/s/_____
Matthew J. Erausquin
VSB No. 65434
Counsel for the Plaintiffs
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA  22314
Tel. 703-273-7770
Fax. 888-892-3512
matt@clalegal.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 16st day of May, 2011, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Matthew Stephen Sheldon
Thomas Heffron
Goodwin Procter LLP
901 New York Ave NW, 9th Fl. East
Washington, DC 20001
Tel. 202-346-2000
Email: msheldon@goodwinprocter.com

                                                                             /s/
                                         Matthew J. Erausquin
                                         VSB No. 65434
                                         Counsel for the Plaintiffs
                                         CONSUMER LITIGATION ASSOCIATES, P.C.
                                         1800 Diagonal Rd, Suite 600
                                         Alexandria, VA  22314
                                         Tel. 703-273-7770
                                         Fax. 888-892-3512
                                         matt@clalegal.com